■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES PARKER.— Motion for leave to appeal as a poor person denied. The notice of appeal was not

timely filed within 30 days after receipt of the order as required by section 521 of the Code of Criminal Procedure. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.